WILLIAM J. O'NEIL, Appellant, *v.* BROOKLYN SAVINGS BANK, Defendant.

Supreme Court, Appellate Term, First Department, June 10, 1943.

*Max R. Simon* for appellant.

*Sedgwick Snedeker* for respondent.

MEMORANDUM *Per Curiam.* The proofs show that plaintiff was employed in the production of goods for commerce within the meaning of the Fair Labor Standards Act of 1938 (U. S.

Code, tit. 29, § 201 *et seq.*), and entitled to recover liquidated damages in the sum of $423.16 by reason of defendant's default in making overtime payments as directed therein. The sum of $200 is fixed as a reasonable attorney's fee.

Judgment reversed, with thirty dollars costs, and judgment directed in favor of plaintiff for $623.16 with interest on $423.16 from August 30, 1940, and costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.